UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LAURI D. KISSEL,

    Plaintiff,

vs.    CASE NO. 6:05-cv-58-ORL-22JGG

US STEAK HOUSE BAR AND GRILL, INC., STACEY DIASSINOS and JOHN DIASSINOS,

    Defendants.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, LAURI D. KISSEL, (hereinafter referred to as "Plaintiff"), by and through her undersigned counsel and sues the Defendants, US STEAK HOUSE BAR AND GRILL, INC., STACEY DIASSINOS and JOHN DIASSINOS (hereinafter referred to collectively as the "Defendants"), and states as follows:

### INTRODUCTION

1. This is an action by Plaintiff against her former employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA") and Chapter 448, Florida Statutes. Plaintiff seeks damages and a reasonable attorney's fee.

## JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. Section 216(b) and for the state law claim under supplemental jurisdiction.

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Indian Harbour Beach, Brevard County, Florida.

## THE PARTIES

4. Plaintiff was at all times material, employed by Defendant, US STEAK HOUSE BAR AND GRILL, INC., as server and bartender, from August 1, 2003 through February 9, 2004 at Defendant's business located in Indian Harbour Beach, Brevard County, Florida.

5. The Defendant, US STEAK HOUSE BAR AND GRILL, INC., is a Florida corporation operating a restaurant with one of its locations in Indian Harbour Beach, Brevard County, Florida. Defendant, US STEAK HOUSE BAR AND GRILL, INC., is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff was employed.

6. Plaintiff was an employee of US STEAK HOUSE BAR AND GRILL, INC., and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by 29 U.S.C. Section 206(a) and 207(a)(1).

7. Alternatively, Defendant, US STEAK HOUSE BAR AND GRILL, INC., is an enterprise engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. Section 203(s)(1).

8. Defendants, STACEY DIASSINOS and JOHN DIASSINOS, were at all times material hereto, the owners and/or officers of Defendant, US STEAK HOUSE BAR AND GRILL, INC.

9. Defendants, STACEY DIASSINOS and JOHN DIASSINOS, at all times material hereto were acting directly or indirectly in the interest of Defendant, US STEAK HOUSE BAR AND GRILL, INC., in relation to Plaintiff's employment and were substantially in control of the terms and conditions of the employee's work and are therefore considered statutory employers under 29 U.S. C. 203(d).

10. Plaintiff has retained the Pantas Law Firm to represent her in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

## COUNT I
## VIOLATION OF THE OVERTIME PROVISIONS
## OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW

11. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 10, above.

12. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which she was employed for work weeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not

compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which she was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally for the following:

    (a)    Unpaid overtime wages found to be due and owing;

    (b)    An additional equal amount equal to the unpaid overtime wages found to be due and owing as liquidated damages;

    (c)    Prejudgment interest in the event liquidated damages are not awarded;

    (d)    A reasonable attorney's fee and costs; and,

    (e)    Such other relief as the Court deems just and equitable.

## COUNT II
## VIOLATION OF THE MINIMUM WAGE
## PROVISION OF THE FAIR LABOR STANDARDS ACT
## UNDER FEDERAL LAW

13. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 10, above.

14. The Defendants willfully violated Section 6 and Section 15 of the Fair Labor Standards Act, by failing to compensate the Plaintiff at a rate equal to the minimum wage requirement for work performed while employed by Defendants. Specifically, Plaintiff worked from August 1, 2003 through October 31, 2003 and again from January 11, 2004 through February 2, 2004, and received less than the minimum wage for hours worked.

WHEREFORE, Plaintiff demands a judgment against Defendants for the following:

(a) Wages found to be due and owing;

(b) An additional equal amount equal to the unpaid minimum wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

## COUNT III
## UNPAID WAGES UNDER FLORIDA STATUTES, CHAPTER 448 AS TO DEFENDANT, US STEAK HOUSE BAR AND GRILL, INC.

15. Plaintiff re-alleges the allegations contained in paragraphs 1 through 10, above.

16. This is an action brought pursuant to and arising under Chapter 448, Florida Statutes and Florida common law.

17. Defendant, US STEAK HOUSE BAR AND GRILL, INC., has willfully failed to pay Plaintiff wages/compensation due to her with regard to her employment. This constitutes unpaid wages, recoverable under Chapter 448, Florida Statutes and Florida common law.

18. Pursuant to Chapter 448.08, Florida Statutes, Plaintiff is entitled to costs of the action and a reasonable attorney's fee.

WHEREFORE, Plaintiff requests judgment against the Defendant, US STEAK HOUSE BAR AND GRILL, INC., for damages and prejudgment interest, together with

costs of suit and reasonable attorney fees, and such other and further relief as the court may deem proper.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Dated: 1/10/05

Respectfully submitted,

CHARLES L. SCALISE, ESQ.
Florida Bar No.: 0776327
K.E. PANTAS, ESQ.
Florida Bar No.: 0978124
PANTAS LAW FIRM, P.A.
1720 S. Orange Avenue, 3rd Floor
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff